UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAROSE TAYLOR FOR                           CIVIL ACTION
HER DAUGHTER, T.S.T.

VERSUS                                      NUMBER: 10-00214

MICHAEL J. ASTRUE,                          SECTION: "N"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

### O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on March 14, 2011 (Rec. Doc. No. 14), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**

New Orleans, Louisiana, this 15th day of March, 2011.

UNITED STATES DISTRICT JUDGE